JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10849 PA (JEMx) | Date | December 15, 2020 |
|---|---|---|---|
| Title | Katrina Kostigen, et al. v. Reverse Mortgage Solutions, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| G. Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS — COURT ORDER

On December 4, 2020, the Court issued an order provisionally remanding this action to the Santa Barbara County Superior Court as a result of procedural defects in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiffs with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiffs were directed to inform the Court in writing by December 14, 2020, if plaintiffs objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiffs have not waived the procedural defects. Accordingly, for the reasons stated in the December 4, 2020 Order, this action is remanded to the Santa Barbara County Superior Court, Case No. 20CV03180.

IT IS SO ORDERED.